IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY A. RICHARDSON, #223152,<br>　　　Plaintiff, | Civil Action No. 7:05-cv-00382 |
| v. | **FINAL ORDER** |
| A. DAVID ROBINSON, et al.,<br>　　　Defendants. | By: James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED**

that plaintiff's request to proceed in forma pauperis shall be and hereby is **DENIED**; this action, which the court construes as a civil complaint under 42 U.S.C. §1983 for declaratory and injunctive relief, is hereby **FILED** for administrative purposes only and **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g); and the action is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Final Order and its accompanying Memorandum Opinion to the plaintiff.

ENTER: This 5th day of July, 2005.

　　　　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　　　　Senior United States District Judge